IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02764-MSK-KLM

NAGHAM DARWISH,

    Plaintiff,

v.

FAMILY DOLLAR STORES, INC.,
CHRIS NIELSEN, Family Dollar Regional Vice-President of Loss Prevention, and
DON PACK, Former Family Dollar Regional Vice President,

    Defendants.
_____

## ORDER OF RECUSAL
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter was drawn to me and was subsequently referred to me by District Judge Marcia S. Krieger [Docket No. 3] for pretrial case management.

    Pursuant to 28 U.S.C. § 455(a), a Magistrate Judge shall disqualify herself "in any proceeding in which [her] impartiality might reasonably be questioned."  In view of the fact that I have a friendship with counsel for one of the parties, and in order to avoid the appearance of impropriety, I hereby recuse myself from this action.  The Clerk of the Court shall assign another Magistrate Judge to this case.

Dated: January 7, 2010

                                                     BY THE COURT:

                                                     s/   Kristen L.  Mix
                                                     Kristen L.  Mix
                                                     United States Magistrate Judge