**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02764-MSK-MEH

NAGHAM DARWISH,

Plaintiff,

v.

FAMILY DOLLAR STORES, INC.,
CHRIS NIELSEN, Family Dollar Regional Vice President of Loss Prevention; and
DON PACK, Former Family Dollar Regional Vice President,

Defendants.

---

**ENTRY OF APPEARANCE**

---

The undersigned counsel, Stephanie L. Hankin, of the law firm of Littler Mendelson, P.C., hereby enters her appearance on behalf of Defendants Family Dollar Stores, Inc.[1] and Chris Nielsen.

---

[1] Family Dollar Stores, Inc. is not a properly named Defendant in this action. It did not employ Plaintiff and cannot be held liable for any of the alleged events described in Plaintiff's Complaint.

Dated March 5, 2010.

Respectfully submitted,

*s/ Stephanie L. Hankin*

Darren E. Nadel
Danielle L. Kitson
Stephanie L. Hankin
LITTLER MENDELSON, P.C.
1200 17th Street, Suite 1000
Denver, CO 80202.5835
Telephone: 303.629.6200

ATTORNEYS FOR DEFENDANTS
FAMILY DOLLAR STORES, INC. AND
CHRIS NIELSEN

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of March, 2010, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was electronically filed and served via the CM/ECF system which will send notification of such filing to the following. The duly signed original is on file at the offices of Littler Mendelson, P.C.

Darold W. Killmer
Mari Newman
Rebecca T. Wallace
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
Attorneys for Plaintiff

David H. Stacy, Esq.
Kelly, Stacy & Rita, LLC
999 18th St., Suite 3000
Denver, CO 80202
Attorney for Defendant Don Pack

*s/ Dana Duran*
Dana Duran

Firmwide:94401252.1 053439.1155