IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02764-MSK-MEH

NAGHAM DARWISH,

    Plaintiff,

v.

FAMILY DOLLAR STORES, INC.,
CHRIS NIELSEN, Family Dollar Regional Vice President of Loss Prevention, and
DON PACK, Former Family Dollar Regional Vice President,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 9, 2010.**

    The Joint Motion for Entry of Protective Order [filed April 8, 2010; docket #31] is **granted**. The Stipulated Protective Order is issued and filed contemporaneously with this minute order.