IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02764-MSK-MEH

NAGHAM DARWISH,

    Plaintiff,

v.

FAMILY DOLLAR STORES, INC.,
CHRIS NIELSEN, Family Dollar Regional Vice President of Loss Prevention, and
DON PACK, Former Family Dollar Regional Vice President,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 18, 2010.**

    In light of the settlement of this matter, Plaintiff's Motion to Permit Further Discovery Pursuant to Federal Rule Civil Procedure 56(f) [filed June 11, 2010; docket #59] and Plaintiff's Motion to File Amended Complaint [filed June 15, 2010; docket #61] are **denied as moot**.